1054

No. 622, Misc. HACKWORTH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *G. Wray Gill, Sr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States. 

No. 681, Misc. WALDRON *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Robert F. Nix,* Assistant Attorneys General, for respondent. 

No. 682, Misc. STUART ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Acting Solicitor General Spritzer* for the United States.

No. 686, Misc. IACAPONI *v.* NEW AMSTERDAM CASUALTY Co. C. A. 3d Cir. Certiorari denied. *Harry Alan Sherman* for petitioner. *David J. Armstrong* for respondent. 

No. 691, Misc. MOSER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 696, Misc. PILLIS *v.* PILLIS. C. A. 4th Cir. Certiorari denied.

No. 699, Misc. MELENDEZ *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 718, Misc. DAVIS *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Leo Kaplowitz* for respondent.